SHAWN C. GROFF (State Bar No. 248022)

PETER SALTZMAN (State Bar No. 169698)

LEONARD CARDER LLP

1330 Broadway, Suite 1450

Oakland, CA 94612

Tel: 510-272-0169

Fax: 510-272-0174

Counsel for Plaintiffs

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAH E. LIM<br><br>Plaintiff,<br><br>vs.<br><br>LORENZO ALAAN, an individual; UNION MEDICAL CLINIC, INC., a California corporation; and the BOARD OF TRUSTEES OF THE UNION MEDICAL CLINIC, INC. DEFINED BENEFIT PLAN, inclusive,<br><br>Defendants. | Case No: SA CV 08-1327-JVS (FFMx)<br><br>**Honorable James Selna**<br><br>**STIPULATION OF DISMISSAL AND ORDER DISMISSING COMPLAINT WITH PREJUDICE PURSUANT TO RULE 41 (a)(1)** |

IT IS HEREBY STIPULATED by and between the parties to this action that due to the settlement reached in this matter, the entire action be and hereby is discharged and dismissed, with prejudice, pursuant to FRCP 41(a)(1) and that all parties shall bear their own attorney fees and costs.

Dated:  January 14, 2010                LEONARD CARDER, LLP


                                        By:_____
                                            Shawn C. Groff
                                            Counsel for Plaintiff

LEONARD CARDER, LLP
ATTORNEYS
1330 BROADWAY, SUITE 1450
OAKLAND, CA 94612
TEL: (510) 272-0169   FAX: (510) 272-0174

## **ORDER**

Pursuant to the Stipulation of the parties, the above-entitled action is dismissed with prejudice, with all parties to bear their own attorneys' fees and costs.

Dated: January 15, 2010

_____
UNITED STATES DISTRICT COURT JUDGE JAMES SELNA

3

**STIPULATION OF DISMISSAL AND ORDER DISMISSING COMPLAINT WITH PREJUDICE PURSUANT TO RULE 41 (a)(1)**
Case No. SA CV 08-1327-JVS (FFMx)